| | |
|---|---|
| John Houston Scott, SBN 72578<br>SCOTT LAW FIRM<br>1388 Sutter Street, Suite 715<br>San Francisco, CA 94109<br>Tel: (415) 561-9601<br>Fax: (415) 561-9609<br>john@scottlawfirm.net | Izaak D. Schwaiger, SBN 267888<br>Attorney at Law<br>130 Petaluma Avenue, Suite 1A<br>Sebastopol, CA 95472<br>Tel: (707) 595-4414<br>Fax: (707) 581-1983<br>izaak@izaakschwaiger.com |
| William A. Cohan, SBN 141804<br>WILLIAM A. COHAN, P.C.<br>P.O. Box 3448<br>Rancho Santa Fe, CA 92067<br>Tel: (858) 832-1632<br>Fax: (858) 832-1845<br>bill@williamacohan.com | Omar Figueroa, SBN 196650<br>Law Offices of Omar Figueroa<br>7770 Healdsburg Avenue, Suite A<br>Sebastopol, CA 95472<br>Tel: (707) 829-0215<br>Fax: (707) 861-9787<br>omar@alumni.stanford.edu |
| Brian Gearinger, SBN 146125<br>GEARINGER LAW GROUP<br>740 Fourth Street<br>Santa Rosa, CA 95404<br>Tel: (415) 440-3102<br>brian@gearingerlaw.com | Randolph Daar, SBN 88195<br>Attorney at Law<br>3330 Geary Blvd., 3rd Floor East<br>San Francisco, CA 94118<br>Tel: (415) 986-5591<br>Fax: (415) 421-1331<br>rdaar@pier5law.com |

Attorneys for Plaintiff, EZEKIAL FLATTEN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIAL FLATTEN<br><br>　　　　Plaintiff,<br>v.<br><br>CITY OF ROHNERT PARK, JACY TATUM, JOSEPH HUFFAKER, THE HOPLAND BAND OF POMO INDIANS, STEVE HOBB, and DOES 1-50, inclusive.<br><br>　　　　Defendants. | Case No:　　18-cv-06964-HSG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES FOR PLAINTIFF TO RESPOND AND DEFENDANT TO REPLY TO DEFENDANT'S MOTION TO DISMISS COMPLAINT** |

Plaintiff Ezekial Flatten, and Defendant City of Rohnert Park, by and through counsel, hereby stipulate to a Court order to extend deadlines by two weeks relating to defendant City of Rohnert Park's motion to dismiss complaint pursuant to Local Rule 7-12 as follows.

### RECITALS

WHEREAS in Dkt. #14, the City of Rohnert Park filed a motion to dismiss complaint;

WHEREAS in the Docket Text of Dkt. #14, the Court calendared plaintiff's responses as being due January 3, 2019; defendant's reply is due January 10, 2019; and the hearing is set for March 28, 2019;

WHEREAS defendant has no objection.

### STIPULATION

Based on the above recitals, the parties stipulate and seek this Court's order as follows.

The Court's briefing schedule on defendant's motion to dismiss the complaint in Dkt. #14 is altered as follows:

Plaintiff Ezekial Flatten's response will be due on January 17, 2018 rather than January 3, 2019;

Defendant's reply will be due on January 31, 2019 rather than January 10, 2019;

The hearing remains on calendar on the same date of March 28, 2019.

**IT IS SO STIPULATED:**

                                                          **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**

Dated: December 21, 2018        /s/ Gregory M. Fox
                                              Gregory M. Fox, attorney for Defendant
                                              City of Rohnert Park

                                                    **SCOTT LAW FIRM**

Dated: December 21, 2018        /s/ John H. Scott
                                              John Houston Scott, for Plaintiff

**~~[Proposed]~~ Order**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Court's briefing schedule on defendant's motion to dismiss complaint in Dkt. #14 is altered as follows. Plaintiff Flatten's response will be due on January 17, 2019 rather than January 3, 2019. Defendant's reply will be due on January 31, 2019 rather than January 10, 2019. The hearing remains on calendar on the same date of March 28, 2019.

Date: 12/26/2018

*[signature]*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge
Northern District of California