| | |
|---|---|
| John Houston Scott, SBN 72578<br>SCOTT LAW FIRM<br>1388 Sutter Street, Suite 715<br>San Francisco, CA 94109<br>Tel: (415) 561-9601<br>Fax: (415) 561-9609<br>john@scottlawfirm.net | Izaak D. Schwaiger, SBN 267888<br>Attorney at Law<br>130 Petaluma Avenue, Suite 1A<br>Sebastopol, CA 95472<br>Tel: (707) 595-4414<br>Fax: (707) 581-1983<br>izaak@izaakschwaiger.com |
| William A. Cohan, SBN 141804<br>WILLIAM A. COHAN, P.C.<br>P.O. Box 3448<br>Rancho Santa Fe, CA 92067<br>Tel: (858) 832-1632<br>Fax: (858) 832-1845<br>bill@williamacohan.com | Omar Figueroa, SBN 196650<br>Law Offices of Omar Figueroa<br>7770 Healdsburg Avenue, Suite A<br>Sebastopol, CA 95472<br>Tel: (707) 829-0215<br>Fax: (707) 861-9787<br>omar@alumni.stanford.edu |
| Brian Gearinger, SBN 146125<br>GEARINGER LAW GROUP<br>740 Fourth Street<br>Santa Rosa, CA 95404<br>Tel: (415) 440-3102<br>brian@gearingerlaw.com | Randolph Daar, SBN 88195<br>Attorney at Law<br>3330 Geary Blvd., 3rd Floor East<br>San Francisco, CA 94118<br>Tel: (415) 986-5591<br>Fax: (415) 421-1331<br>rdaar@pier5law.com |

Attorneys for Plaintiff, EZEKIAL FLATTEN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIAL FLATTEN<br><br>    Plaintiff,<br>v.<br><br>CITY OF ROHNERT PARK, JACY TATUM, JOSEPH HUFFAKER, THE HOPLAND BAND OF POMO INDIANS, STEVE HOBB, and DOES 1-50, inclusive.<br><br>    Defendants. | Case No: 4:18-cv-06964-HSG<br><br>**PLAINTIFF EZEKIAL FLATTEN'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF CLAIMS AGAINST STEVE HOBB**<br><br>[FRCP 41] |

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff Ezekial Flatten by and through counsel of record in this matter hereby gives notice that he is voluntarily dismissing his claims *without* prejudice as against Steve Hobb only, as follows.

The plaintiff filed a Complaint for Damages and Injunctive relief against the City of Rohnert Park, Jacy Tatum, Joseph Huffaker, The Hopland Band of Pomo Indians, Steve Hobb, and Does 1-50 on November 16, 2018, at Dkt. 1.

Steve Hobb has not yet responded to plaintiff's complaint.

The Federal Rules of Civil Procedure permit a plaintiff to voluntarily dismiss a claim as against any defendant without a court order by filing a notice of dismissal *before* the opposing party responds to the complaint. (Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, as permitted under this rule, plaintiff now voluntarily dismisses all claims presented in the plaintiff's complaint as against Steve Hobb, only, *without* prejudice.

Dated: January 23, 2018                    Respectfully submitted,

                                                                     **SCOTT LAW FIRM**

                                                                       By: /s/John Houston Scott
                                                                             John Houston Scott
                                                                             Attorney for Plaintiff