| | |
|---|---|
| John Houston Scott, SBN 72578<br>SCOTT LAW FIRM<br>1388 Sutter Street, Suite 715<br>San Francisco, CA 94109<br>Tel: (415) 561-9601<br>Fax: (415) 561-9609<br>john@scottlawfirm.net | Izaak D. Schwaiger, SBN 267888<br>Attorney at Law<br>130 Petaluma Avenue, Suite 1A<br>Sebastopol, CA 95472<br>Tel: (707) 595-4414<br>Fax: (707) 581-1983<br>izaak@izaakschwaiger.com |
| William A. Cohan, SBN 141804<br>WILLIAM A. COHAN, P.C.<br>P.O. Box 3448<br>Rancho Santa Fe, CA 92067<br>Tel: (858) 832-1632<br>Fax: (858) 832-1845<br>bill@williamacohan.com | Omar Figueroa, SBN 196650<br>Law Offices of Omar Figueroa<br>7770 Healdsburg Avenue, Suite A<br>Sebastopol, CA 95472<br>Tel: (707) 829-0215<br>Fax: (707) 861-9787<br>omar@alumni.stanford.edu |
| Brian Gearinger, SBN 146125<br>GEARINGER LAW GROUP<br>740 Fourth Street<br>Santa Rosa, CA 95404<br>Tel: (415) 440-3102<br>brian@gearingerlaw.com | Randolph Daar, SBN 88195<br>Attorney at Law<br>3330 Geary Blvd., 3rd Floor East<br>San Francisco, CA 94118<br>Tel: (415) 986-5591<br>Fax: (415) 421-1331<br>rdaar@pier5law.com |

Attorneys for Plaintiff, EZEKIAL FLATTEN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EZEKIAL FLATTEN<br><br>    Plaintiff,<br>v.<br><br>CITY OF ROHNERT PARK, JACY TATUM, JOSEPH HUFFAKER, THE HOPLAND BAND OF POMO INDIANS, STEVE HOBB, and DOES 1-50, inclusive.<br><br>    Defendants. | Case No: 4:18-cv-06964-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF PLAINTIFF'S CLAIMS AGAINST THE HOPLAND BAND OF POMO INDIANS**<br><br>[FRCP 41] |

The plaintiff Ezekial Flatten, and one defendant, The Hopland Band of Pomo Indians, by and through counsel of record in this matter, stipulate and agree to seek a Court Order dismissing the plaintiff's claim as against this defendant only *without prejudice* under F.R.C.P. 41(a)(2)).

### RECITALS

1. The plaintiff filed a Complaint for Damages and Injunctive relief against the City of Rohnert Park, Jacy Tatum, Joseph Huffaker, The Hopland Band of Pomo Indians, Steve Hobb, and Does 1-50 on November 16, 2018, at Dkt. 1.

2. The Hopland Band of Pomo Indians ("Tribe") responded to plaintiff's complaint by filing a motion to dismiss on January 10, 2019, at Dkt. 18.

3. Plaintiff and Tribe now seek to dismiss all claims presented in the plaintiff's complaint as against Tribe, only, *without* prejudice, through this Court's order as permitted under Federal Rule of Civil Procedure 41(a)(2).

### STIPULATION

WHEREFORE, the plaintiff and Tribe hereby stipulate and agree as follows:

1. The claims which Flatten alleged as against Tribe only in his complaint be dismissed *without* prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. Upon satisfactory confirmation that Steve Hobb was not involved in the incident giving rise to this lawsuit, the plaintiff will: (1) dismiss his claims against Tribe *with* prejudice; and, (2) not seek discovery from Tribe.

3. The Tribe preserves all defenses and rights, asserted or unasserted, to the fullest extent, including sovereign immunity from suit and other judicial process.

4. Each side shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: January 23, 2018          Respectfully submitted,

**SCOTT LAW FIRM**

By: /s/John Houston Scott
John Houston Scott
Attorney for Plaintiff

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

| | |
|---|---|
| Dated: January 23, 2018 | **FREDERICKS PEEBLES & MORGAN LLP** |
| | By: /s/Gregory M. Narvaez<br>Gregory M. Narvaez<br>*Attorney for Defendant*<br>Hopland Band of Pomo Indians |

#### ATTESTATION

I, John H. Scott, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of its Signatories.

Respectfully submitted.

| | |
|---|---|
| Dated: January 23, 2018 | By: /s/John Houston Scott<br>John Houston Scott<br>Attorney for Plaintiff |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: 1/24/2019

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge