Gregory M. Fox, State Bar No. 070876
Parry A. Black, State Bar No. 291472
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: gfox@bfesf.com
pblack@bfesf.com

Attorneys for Defendant
CITY OF ROHNERT PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIAL FLATTEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF ROHNERT PARK, JACY TATUM, JOSEPH HUFFAKER, THE HOPLAND BAND OF POMO INDIANS, STEVE HOBB, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 4:18-cv-06964-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: February 19, 2019<br>Time: 2:00 p.m.<br>Location: Oakland Courthouse<br>　　　　　Courtroom 2 - 4th Floor<br>　　　　　1301 Clay Street,<br>　　　　　Oakland, CA 94612<br><br>**Hon. Haywood S. Gilliam, Jr.** |

　　　　IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff EZEKIAL FLATTEN, defendant CITY OF ROHNERT PARK (City), defendant JOSEPH HUFFAKER, and defendant JACY TATUM, by and through their counsels of record, that the Initial Case Management Conference currently set for February 19, 2019, be continued to April 2, 2019, or a date thereafter that is convenient for the court.

///

1

STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
*Flatten v. City of Rohnert Park, et al.* U.S.D.C. Northern District Case No.: 4:18-cv-06964-HSG

Good cause exists for this continuance for the following reasons. The City has filed a motion to dismiss with a hearing date of March 28, 2019. The parties are meeting and conferring about the 4th and 14th Amendment claims given the decision in *Barrios v. City of Tulare* 2014 WL 2174766 (E.D. Cal. May 23, 2014) and related cases. Defendant Tatum is now represented by legal counsel and will be appearing once his legal counsel is served and files a responsive pleading. Counsel for the City is starting a federal jury trial in the Eastern District Monday February 11, 2019, with the trial expected to end Friday February 22, 2019. (*Lewis v City of Fairfield* 2:16 cv01053 JAM.) A notice of related case was filed in this case on February 8, 2019, regarding the case of *Freeman v. City of Rohnert Park et al* (4:18 cv 07661 DMR filed on December 20, 2018) which includes the City and the two named individual defendants in this matter. More time is therefore necessary to complete the meet and confer process to prepare a joint case management conference statement. For all the good cause stated above, the parties respectfully request this Court continue the Initial Case Management Conference from February 19, 2019, to April 2, 2019, or a date thereafter as is convenient to the court. The joint case management conference and related Rule 26 disclosures now due March 26, 2019. Plaintiff also agrees to defer Monell discovery until after the March 28, 2019 hearing on the City Motion to Dismiss.

IT IS SO STIPULATED.

Dated: February 12, 2019    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:    */s/ Gregory M. Fox*
      Gregory M. Fox
      Parry A. Black
      Attorneys for Defendant
      CITY OF ROHNERT PARK

Dated: February 12, 2019    SCOTT LAW FIRM

By:    */s/ John Houston Scott*
      John Houston Scott
      Attorney for Plaintiff
      EZEKIAL FLATTEN

| | | |
|---|---|---|
| Dated: February 12, 2019 | | ALLEN, GLAESSNER, HAZELWOOD & WERTH |
| | By: | _/s/ Dale L. Allen, Jr._<br>Dale L. Allen, Jr.<br>Kevin Patrick Allen<br>Attorneys for Defendant<br>JOSEPH HUFFAKER |
| Dated: February 12, 2019 | | ANGELO, KILDAY & KILDUFF |
| | By: | _/s/ Derick Konz_<br>Bruce Kilday<br>Derick Konz<br>Attorneys for Defendant<br>JACY TATUM |

### **ATTORNEY ATTESTATION**

I, Gregory M. Fox, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: February 12, 2019         By:   _/s/ Gregory M. Fox_
                                                Gregory M. Fox

### **ORDER**

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED. The Initial Case Management Conference currently set for February 19, 2019, is continued to March 28, 2019, at 2:00 p.m., to be heard along with the motion to dismiss.

IT IS SO ORDERED.

Dated: February 12, 2019

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE