UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIAL FLATTEN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ROHNERT PARK, et al.,<br><br>Defendants. | Case No. 18-cv-06964-HSG<br><br>**ORDER GRANTING STIPULATIONS**<br><br>Re: Dkt. No. 34 |

On March 18, 2019, the parties in this action filed a stipulation and proposed order. *See* Dkt. No. 34. The Court **GRANTS** the parties' stipulations, with the following modifications:

1) The Initial Case Management Conference currently scheduled for April 4, 2019 is **CONTINUED** to Tuesday, April 23, 2019 at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.
2) Because Plaintiff intends to amend his complaint, the pending motion to dismiss, Dkt. No. 14, is **TERMINATED AS MOOT** and the hearing currently scheduled for April 4 is vacated.
3) Plaintiff must file an amended complaint by March 25, 2019.
4) Responsive pleadings to Plaintiff's amended complaint are due 21 days after it is filed.
5) The parties shall file a joint case management statement, in accordance with Civil Local Rule 16-9(a), by April 16, 2019.
6) Initial disclosures shall be made in accordance with Federal Rule of Civil Procedure 26.
7) In a separate order, the Court will refer the parties to Magistrate Judge Beeler for a settlement conference, with a deadline subject to Judge Beeler's schedule.

This order terminates Dkt. No. 34.

**IT IS SO ORDERED.**

Dated: 3/21/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge