| | |
|---|---|
| 1 | Gregory M. Fox, State Bar No. 070876 |
| 2 | Joanne Tran, State Bar No. 294402 |
|   | BERTRAND, FOX, ELLIOT, OSMAN & WENZEL |
| 3 | The Waterfront Building |
|   | 2749 Hyde Street |
| 4 | San Francisco, California 94109 |
|   | Telephone: (415) 353-0999 |
| 5 | Facsimile: (415) 353-0990 |
|   | Email: gfox@bfesf.com |
| 6 | jtran@bfesf.com |

Attorneys for Defendant
CITY OF ROHNERT PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIAL FLATTEN, | Case No. 4:18-cv-06964-HSG |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE RESPONSIVE PLEADINGS DEADLINE AND BRIEFING SCHEDULE** |
| CITY OF ROHNERT PARK, JACY TATUM, JOSEPH HUFFAKER, THE HOPLAND BAND OF POMO INDIANS, STEVE HOBB, and DOES 1-50, inclusive, | |
| Defendants. | **Hon. Haywood S. Gilliam, Jr.** |

Plaintiff filed his first amended complaint on March 25, 2019. Pursuant to Docket 36, defendants had 21 days to respond, marking the responsive pleading deadline as April 15, 2019. Counsel for the City of Rohnert Park is out of the state from April 17 through April 22, 2019, then travelling outside of the United States from April 27 through May 20, 2019. The first available civil law and motion hearing date on Judge Gilliam's calendar is August 1, 2019. Considering the facts of the case and defendants' intent to file a responsive pleading instead of an answer, the parties have agreed to stipulate to extending the response deadline and subsequent briefing schedule to accommodate all parties.

1

STIPULATION AND ORDER TO CONTINUE RESPONSIVE PLEADING BRIEFING SCHEDULE
*Flatten v. City of Rohnert Park, et al.* U.S.D.C. Northern District Case No.: 4:18-cv-06964-HSG

Plaintiff EZEKIAL FLATTEN, defendant CITY OF ROHNERT PARK ("City"), defendant JOSEPH HUFFAKER, and defendant JACY TATUM, by and through their counsels of record, therefore stipulate as follows:

1) Defendants' responsive pleadings are now due on April 25, 2019.

2) Opposition briefs will be due on May 23, 2019.

3) Reply briefs will be due on June 6, 2019.

4) The hearing date for any motions filed in response to Plaintiff's first amended complaint will be set for August 8, 2019, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: April 15, 2019          SCOTT LAW FIRM

                               By:      */s/ John Houston Scott*
                                        John Houston Scott
                                        Attorney for Plaintiff
                                        EZEKIAL FLATTEN

Dated: April 15, 2019          LAW OFFICE OF IZAAK SCHWAIGER

                               By:      */s/ Izaak D. Schwaiger*
                                        Izaak D. Schwaiger
                                        Attorney for Plaintiff
                                        EZEKIAL FLATTEN

Dated: April 15, 2019          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                               By:      */s/ Gregory M. Fox*
                                        Gregory M. Fox
                                        Joanne Tran
                                        Attorneys for Defendant
                                        CITY OF ROHNERT PARK

| | | |
|---|---|---|
| Dated: April 15, 2019 | | ALLEN, GLAESSNER, HAZELWOOD & WERTH |
| | By: | _/s/ Dale L. Allen, Jr._<br>Dale L. Allen, Jr.<br>Kevin Patrick Allen<br>Attorneys for Defendant<br>JOSEPH HUFFAKER |
| Dated: April 15, 2019 | | ANGELO, KILDAY & KILDUFF |
| | By: | _/s/ Derick Konz_<br>Bruce Kilday<br>Derick Konz<br>Attorneys for Defendant<br>JACY TATUM |

## **ATTORNEY ATTESTATION**

I, Gregory M. Fox, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: April 15, 2019     By:  _/s/ Gregory M. Fox_
                                                     Gregory M. Fox

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, and the parties having stipulated to the same, the parties' stipulation is hereby APPROVED. The hearings on defendants' prospective motions are set for August 8, 2019, at 2:00 p.m.

IT IS SO ORDERED.

Dated: April 15, 2019                        _[signature]_
                                                             Haywood S. Gilliam, Jr.
                                                             UNITED STATES DISTRICT JUDGE