1   John Houston Scott, SBN 72578              Izaak D. Schwaiger, SBN 267888
    Scott Law Firm                             Schwaiger Law Firm
2   1388 Sutter Street, Suite 715              130 Petaluma Avenue, Suite 1A
    San Francisco, CA 94109                    Sebastopol, CA  95472
3   Tel:   (415) 561-9601                      Tel: (707) 595-4414
    Fax:  (415) 561-9609                       Fax: (707) 581-1983
4   john@scottlawfirm.net                      izaak@izaakschwaiger.com

5   William A. Cohan, SBN 141804               Omar Figueroa, SBN 196650
    William A. Cohan, P.C.                     Law Offices of Omar Figueroa
6   P.O. Box 3448                              7770 Healdsburg Avenue, Suite A
    Rancho Santa Fe, CA  92067                 Sebastopol, CA  95472
7   Tel: (858) 832-1632                        Tel: (707) 829-0215
    Fax: (858) 832-1845                        Fax: (707) 861-9787
8   bill@williamacohan.com                     omar@alumni.stanford.edu

9
    Brian Gearinger, SBN 146125                Randolph Daar, SBN 88195
10  Gearinger Law Group                        Attorney at Law
    740 Fourth Street                          3330 Geary Blvd., 3rd Floor East
11  Santa Rosa, CA  95404                      San Francisco, CA  94118
    Tel: (415) 440-3102                        Tel: (415) 986-5591
12  brian@gearinger.law.com                    Fax: (415) 421-1331
                                               rdaar@pier5law.com
13  Attorneys for EZEKIAL FLATTEN

14

15                  **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17

18
    EZEKIAL FLATTEN                    | Case No: 4:18-cv-06964-HSG
19
            Plaintiff,                 | **STIPULATION OF DISMISSAL OF**
20                                     | **ENTIRE ACTION WITH PREJUDICE**
    v.                                 | **(FRCP, RULE 41)** ; ORDER
21
    CITY OF ROHNERT PARK, JACY TATUM,
22  JOSEPH HUFFAKER, and DOES 1-50,
    inclusive.
23
            Defendants.
24

25

26

27

28

The parties hereto, by and through their undersigned counsel, hereby stipulate to dismissal with prejudice of the above-captioned action in its entirety as to all defendants, each side to bear its own fees and costs, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(s)(A)(ii).

Dated: November 5, 2019            **SCOTT LAW FIRM**

By: /s/John Houston Scott
     John Houston Scott
     Attorneys for Plaintiff
     EZEKIAL FLATTEN

Dated: November 5, 2019            **SCHWAIGER LAW FIRM**

By: /s/Izaak D. Schwaiger
     Izaak D. Schwaiger
     Attorneys for Plaintiff
     EZEKIAL FLATTEN

Dated: November 5, 2019            **BERTRAND, FOX, ELLIOTT, OSMAN & WENZEL**

By: /s/Gregory M. Fox
     Gregory M. Fox
     Attorneys for Plaintiff
     CITY OF ROHNERT PARK

Dated: November 5, 2019            **ALLEN, GLAESSNER, HAZELWOOD & WERTH LLP**

By: /s/Dale L. Allen, Jr.
     Dale L. Allen
     Attorneys for Plaintiff
     JOSEPH HUFFAKER

Dated: November 5, 2019            **ANGELO, KILDAY & KILDUFF, LLP**

By: /s/Derick E. Konz
     Derick E. Konz
     Attorneys for Plaintiff
     JACY TATUM

- 1 -

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

### ELECTRONIC CASE FILING ATTESTATION

I, John Houston Scott, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its signatories.

Dated:  November 5, 2019                                         **SCOTT LAW FIRM**

                                                                By: /s/John Houston Scott
                                                                     John Houston Scott

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____11/6/2019_____     _Haywood S. Gill Jr._____
                                   United States District Court Judge

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (FRCP, RULE 41)